FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

MAR 13 2013

CENTRAL DISTRICT OF CALIFORNIA
BY shy                    DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LORRAINE QUINONES, | Case No. CV 12-3017 AN |
| Plaintiff, | JUDGMENT |
| v. | |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | |
| Defendant. | |

For the reasons set forth in the accompanying Order, it is hereby ADJUDGED AND DECREED THAT the Commissioner's final decision is reversed, and this matter is remanded for further proceedings not inconsistent with this Order pursuant to Sentence Four of 42 U.S.C. §405(g).

DATED: March 13, 2013

_____
ARTHUR NAKAZATO
UNITED STATES MAGISTRATE JUDGE